```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
JOSEPH WATSON                  :        CIVIL ACTION

        vs.                    :

SUPERINTENDENT ROZUM, et al.   :        NO. 08-CV-1650
```

ORDER

AND NOW, this 17th day of July, 2008, upon consideration of the Petition for Writ of Habeas Corpus, the Commonwealth's Response, inclusive of all exhibits thereto and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells and the objections to the Recommendation filed by the Petitioner, it is hereby ORDERED that:

   1.  The Report and Recommendation is APPROVED and ADOPTED;

   2.  This time-barred Petition for Writ of Habeas Corpus is DISMISSED without an evidentiary hearing; and

   3. Petitioner has not met statutory requirements to have his case heard and no reasonable jurist could find this procedural ruling debatable; thus, a certificate of appealability is DENIED.

                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER, J.